UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Anthony R. Mautone

v.                            :     Violation Notice: H5009483

MAHOGANY JAMES               :     <u>ORDER FOR DISMISSAL</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5009483 against defendant Mahogany James, which was filed on July 22, 2014 charging her with Possessing a Knife Over 3 ½ Inches, for the reason that prosecution of defendant Mahogany James, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Mahogany James, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 2/26/15